IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DISTRICT

KRISTIN KISER, et al.,

              Plaintiffs,         Case No. 2:14-cv-2313
   v.                                  JUDGE GREGORY L. FROST
                                      Magistrate Judge Terence P. Kemp

KURT OLSEN,

              Defendant.

## OPINION AND ORDER

This matter is before the Court for consideration of the Magistrate Judge's February 6, 2015 Report and Recommendation ("R&R"). (ECF No. 17.) In that filing, the Magistrate Judge recommended that the Court deny Plaintiff's motion to remand this action to state court. (ECF No. 8.)

The R&R advised the parties that, if any party sought review by the District Judge, that party "may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s)." (ECF No. 17, at PAGEID # 177.) The R&R specifically advised the parties that their failure to object to the R&R "will result in a waiver of the right to have the district judge review the [R&R] de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the [R&R]." (*Id*. (citing *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981)).)

The Court has reviewed the R&R. Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **AFFIRMS AND ADOPTS** the R&R (ECF No. 17) and **DENIES** Plaintiff's motion to remand this action to state court (ECF No. 8).

1

**IT IS SO ORDERED.**

           **/s/ Gregory L. Frost**
           **GREGORY L. FROST**
           **UNITED STATES DISTRICT JUDGE**