IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DISTRICT

**KRISTIN KISER, et al.,**

        **Plaintiffs,**        Case No. 2:14-cv-2313
**v.**                             **JUDGE GREGORY L. FROST**
                                       **Magistrate Judge Terence P. Kemp**
**KURT OLSEN,**

        **Defendant.**

## ORDER APPOINTING TRUSTEE

Pursuant to the Court's April 14 2015 Opinion and Order (ECF No. 23), Attorney Kenneth Ryan of Athens, Ohio is hereby appointed as the neutral trustee to administer the "Declaration of Trust" dated August 30, 2000 and signed by Ann L. Olsen (ECF No. 2-1) in accordance with its terms.

    **IT IS SO ORDERED.**

                                             **/s/ Gregory L. Frost**
                                             **GREGORY L. FROST**
                                             **UNITED STATES DISTRICT JUDGE**