**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DISTRICT**

**KRISTIN KISER, et al.,**

|  |  |  |
|---|---|---|
| | **Plaintiffs,** | **Case No. 2:14-cv-2313** |
| **v.** | | **JUDGE GREGORY L. FROST** |
| | | **Magistrate Judge Terence P. Kemp** |

**KURT OLSEN,**

> **Defendant.**

**<u>OPINION AND ORDER</u>**

This matter is before the Court for consideration of the parties' joint motion for court approval of protocol by which to sell certain farm realty.  (ECF No. 34.)  Having reviewed the joint motion, the Court **GRANTS** the same.  This matter will be referred to the next available Settlement Week pursuant to the parties' joint request.

> **IT IS SO ORDERED.**

> **<u>/s/ Gregory L. Frost</u>**
> **GREGORY L. FROST**
> **UNITED STATES DISTRICT JUDGE**